**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 06, 2018**

_Tony M. Davis_

_____

**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 16-10816-TMD |
| FIRED UP, INC., | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### ORDER DENYING WITHOUT PREJUDICE MOTION
### FOR SETOFF AND TURNOVER

Debtor filed a motion to authorize setoff and for turnover of property of the estate [ECF No. 449]. Travelers objected [ECF No. 454]. A hearing was held on June 4, 2018. For the reasons stated on the record, the Court finds that the motion should be denied without prejudice to seeking the same relief in an adversary proceeding.

Accordingly, IT IS THEREFORE ORDERED that Debtor's Motion to Authorize Setoff and for Turnover of Property of the Estate [ECF No. 449] is DENIED WITHOUT PREJUDICE to seeking the same relief in an adversary proceeding.

### ###